Name and address
Shane T. Rowley
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 363-7500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANNITA THESIER-HENDRICKS, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff(s)<br>v.<br>TJL ENTERPRISES, INC. and JACQUELINE COURTIOL-LAWRENCE,<br><br>Defendant(s). | CASE NUMBER<br><br>5:15-CV-00477 JAK (SSx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Rowley, Shane T.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 363-7500      (866) 367-6510
*Telephone Number*      *Fax Number*

srowley@zlk.com
*E-Mail Address*

Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, NY 10004
*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Wannita Thesier-Hendricks

*Name(s) of Party(ies) Represented*     ⊗ Plaintiff   ☐ Defendant   ☐ Other:_____

**and designating as Local Counsel**

Fisher, L. Timothy
*Designee's Name (Last Name, First Name & Middle Initial)*

191626                  (925) 300-4455
*Designee's Cal. Bar Number*    *Telephone Number*

(925) 407-2700
*Fax Number*

Bursor & Fisher, P.A.
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
*Firm Name & Address*

ltfisher@bursor.com
*E-Mail Address*

**hereby ORDERS the Application be DENIED. Counsel may refile the application so that it complies with L.R. 11-83-2.3 and designates an attorney who is a member of the Bar and maintains an office within this District. If the new application is not filed by March 2, 2015, the fee shall be returned to counsel.**

**Dated: February 23, 2015**

*[signature]*

**John A. Kronstadt, U.S. District Judge**